THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RICHARD MUELLER, Defendant-Appellant.

(No. 53287;

First District—February 16, 1971.

Opinion by Mr. PRESIDING JUSTICE BURKE.

Paul E. Goldstein, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle, and Arthur Lewis Belkind, Assistant State's Attorneys, of counsel,) for the People.